## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KERRY ODGERS,** | : | No. 3:15cv329 |
| **Plaintiff** | : | (Judge Munley) |
| | : | |
| **v.** | : | |
| | : | |
| **PROGRESSIVE NORTHERN** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of June 2015, defendant's motion to dismiss (Doc. 4) is **GRANTED** in part and **DENIED** in part.  The motion is **GRANTED** with respect to plaintiff's breach of fiduciary duty claim–Count III.  Count III is **DISMISSED** with prejudice.  The motion is **DENIED** in all other aspects.  Defendant is further **ORDERED** to answer plaintiff's complaint within fourteen (14) days.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court