THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY ODGERS, | : |
| | : CIVIL ACTION NO. 3:15-CV-329 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| PROGRESSIVE NORTHERN | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS <u>1st</u> DAY OF NOVEMBER 2023, upon consideration of Defendant's Motion in Limine to Preclude Admission of Evidence Regarding Injuries and Damages not Recoverable for a § 8371 Bad Faith Claim (Doc. 63) and all relevant documents, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge