THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY ODGERS, | : |
| | : CIVIL ACTION NO. 3:15-CV-329 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| PROGRESSIVE NORTHERN | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS __1st__ DAY OF NOVEMBER 2023, upon consideration of Defendant's Motion in Limine to Preclude Plaintiff's Counsel as a Witness (Doc. 67) and all relevant documents, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**;

2. The Motion is **GRANTED** insofar as Plaintiff's counsel will be precluded from testifying at trial pursuant to the agreement not to do so set forth in Plaintiff's counsel's December 1, 2021, email to Defendant's counsel;

3. The Motion is **DENIED WITHOUT PREJUDICE** as to the issue of whether Plaintiff should be precluded from arguing that Defendant acted in bad faith prior to April 30, 2013.

_____
Robert D. Mariani
United States District Judge