THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY ODGERS, | : |
| | : CIVIL ACTION NO. 3:15-CV-329 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| PROGRESSIVE NORTHERN | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS __1st__ DAY OF NOVEMBER 2023, upon consideration of Defendant's Motion in Limine to Bifurcate Bad Faith and Punitive Damages (Doc. 61) and all relevant documents, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **DENIED WITH PREJUDICE** as to Defendant's request for bifurcation;

2. The Motion is **DENIED WITHOUT PREJUDICE** as to the remaining issues raised in the Motion.

Robert D. Mariani
United States District Judge