THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KERRY ODGERS,

    Plaintiff,

v.

PROGRESSIVE NORTHERN
INSURANCE COMPANY,

    Defendant.

: CIVIL ACTION NO. 3:15-CV-329
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 7th DAY OF NOVEMBER 2023, Magistrate Judge Joseph F. Saporito, Jr., having informed the Court that the above-captioned action has settled, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge